

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-21-00196-CV

COURTNEY MARIE BRISCO, APPELLANT

V.

BRANDOUN JOHN BRISCO, APPELLEE

No. 07-21-00279-CV

IN THE INTEREST OF COURTNEY MARIE BRISCO

On Appeal from County Court Number 1
Randall County, Texas
Trial Court No. 78,341-L1; Honorable James Anderson, Presiding

November 17, 2021

ORDER OF SEVERANCE

Before QUINN, C.J., and PIRTLE and PARKER, JJ

Appellant, Courtney Marie Brisco, proceeding *pro se*, filed two notices of appeal resulting from divorce proceedings against Appellee, Brandoun John Brisco. Early in the proceedings, the trial court signed temporary orders appointing the parents temporary joint managing conservators of their two children and outlining the rights and duties of each parent.

On January 7, 2021, Brandoun filed a *Motion for Enforcement* alleging that Courtney had violated the temporary orders. A hearing on that motion was heard on June 2, 2021. On June 15, 2021, prior to entry of the divorce decree on July 2, 2021, the trial court signed an order of enforcement by contempt reciting numerous violations by Courtney of the temporary orders. Punishment was assessed at 180 days confinement in the county jail for each separate violation, with the periods of confinement ordered to run concurrently. The trial court further ordered Courtney's order of commitment suspended in exchange for ten years community supervision. The final decree of divorce did not expressly supersede or incorporate the order of enforcement.

Courtney filed a timely *Motion for New Trial* and a timely *Request for Findings of Fact and Conclusions of Law* with respect to the order of enforcement and her sentence. The trial court denied the *Motion for New Trial* but entered findings of fact and conclusions of law as requested. On September 13, 2021, Courtney filed a notice of appeal regarding only the order of enforcement.

After the *Final Decree of Divorce* was signed on July 2, 2021, Courtney filed a timely separate *Motion for New Trial* and *Request for Findings of Fact and Conclusions of Law* with respect to the divorce decree. Again, the trial court denied the *Motion for*

*New Trial* but entered findings of fact and conclusions of law related to the divorce. On September 29, 2021, Courtney filed her second notice of appeal regarding only the decree of divorce.

A question has arisen concerning the jurisdiction of this court as it pertains to Courtney's appeal of the order of enforcement, and by letter this same date, she has been asked to show cause why that appeal should not be dismissed for want of jurisdiction. The appellate record has been filed, and Courtney's original brief pertaining to her appeal of the divorce decree is due on December 13, 2021.

To avoid confusion created by the simultaneous appeal of two separate orders, by order of this court, Courtney's appeal from the trial court's *Order for Enforcement by Contempt and Suspension of Commitment* is hereby severed and assigned new appellate cause number 07-21-00279-CV, styled *In the Interest of Courtney Marie Brisco*. To effectuate this severance, the appellate record and all related filings will be filed in duplicate in said cause number by the clerk of this court.

The appeal from the *Final Decree of Divorce* will retain appellate cause number 07-21-00196-CV, styled *Courtney Marie Brisco v. Brandoun John Brisco.* Courtney's deadline of December 13, 2021, in which to file her original brief is *sua sponte* extended to January 12, 2022.

It is so ordered.

Per Curiam